# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JORELL MURPHY YOUNG

NO. 2023 KW 0865

**NOVEMBER 20, 2023**

---

In Re:    Jorell Murphy Young, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 572340.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT